UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | SACV 23-00582-CJC (JDEx) |
| Date | September 26, 2023 |
| Title | Construction Laborers Trust Funds for Southern California Administrative Company v. Jazzar Construction Group, Inc |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Daniel Tamayo for Rolls Royce P.
Deputy Clerk

None Reported
Court Reporter / Recorder

Attorneys Present for Plaintiffs:
None Present

Attorneys Present for Defendants:
None Present

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Dismissal [23], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Initials of Deputy Clerk    dt